**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| EUGENE D. STEPHENSON II ) | BANKRUPTCY CASE NUMBER 09-15152 |
| ) | CHAPTER 7 |
| DEBTOR. ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 3 | Northern Indiana Fuel & Light | $ 1.87 |
| | Attn: Revenue Assurance & Recovery | |
| | 801 East 86th Avenue | |
| | Merrillville, Indiana   46410 | |
| | **TOTAL:** | **$ 1.87** |

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of April, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditor listed above at the address indicated.

____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven